David R. Shaub (SBN 032322)
Lisbeth Bosshart (SBN 201822)
Stephen D. Morgan (SBN 239345)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042 (fax)
lawfirm@sw-law.com

David Rosenbaum (*pro hac vice application in process*)
ROSENBAUM & ASSOCIATES, P.C.
650 Dundee Road, Suite 380
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (fax)
drosenbaum@biopatentlaw.com

FILED

2008 SEP 10 PM 12:03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

Attorneys for Plaintiff Modavox, Inc., a Delaware Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SJO
PJWx

| | |
|---|---|
| MODAVOX, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AOL LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendant. | CASE NO. CV08-05914<br><br>COMPLAINT FOR:<br><br>1. Trademark Infringement — 15 U.S.C. §1114, along with request for injunctive relief;<br><br>2. Trademark Infringement, Unfair Competition, and False Designation of Origin — 15 U.S.C. §1125(a), along with request for injunctive relief;<br><br>**[DEMAND FOR JURY TRIAL]** |

COMPLAINT

Plaintiff, Modavox, Inc. ("MODAVOX"), by and through its above-referenced attorneys, hereby complains and alleges as follows:

## NATURE OF THE ACTION AND THE PARTIES

1. This is an action against Defendant AOL for trademark infringement in connection with AOL's use of THE BOOMBOX designation, which is confusingly similar to Plaintiff MODAVOX's BOOMBOX RADIO Trademark, in violation of Lanham Act, 15 U.S.C. §§ 1050-1127.

2. Plaintiff MODAVOX is, and at all times mentioned herein was, a corporation organized under the laws of Delaware, with its principal place of business in Phoenix, Arizona.

3. Upon information and belief, Defendant AOL, LLC is, and at all times mentioned herein was, a limited liability corporation organized under the laws of Delaware, with its principal place of business in New York City, New York.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1338 and 15 U.S.C. § 1121 because this suit arises under the Lanham Act, 15 U.S.C. § 1051 et seq. as well as pendent jurisdiction over any state law claims asserted herein pursuant to 28 U.S.C. § 1367(a).

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c) because AOL, LLC engages in business dealings in this district, it provides interactive websites within this district, and solicits contributions and memberships in this district.

## GENERAL ALLEGATIONS

6. Plaintiff is in the business of providing, licensing and selling internet video and radio software and services featuring its patented technology under its "BOOMBOX RADIO" mark (hereafter "the Mark").

7. Since early 1998, SurfNet Media Group, Inc. ("SurfNet")

began developing the technology to offer web-based entertainment software and services, and the company actively started marketing under the designation, Boombox Radio, in April 1998.

8. The original registrant SurfNet is a predecessor in interest of MODAVOX.

9. Plaintiff's Mark was registered with the United States Patent and Trademark Office on June 7, 1999, USPTO Registration 2397385.

10. Plaintiff owns the registered Mark, which is and continues to be in full force and effect.

11. Plaintiff and its predecessor have used the Mark continuously since 1998 to identify their and their partners' websites, offering entertainment services featuring movies, news, talkshows, video and computer games, movies, and television shows. As a result of use and promotion, Plaintiff's mark acquired a favorable reputation to consumers as an identifier and symbol of Plaintiff's product and services.

12. Plaintiff is informed and believes, and thereon alleges, that Defendant willfully and deliberately used and is using the Mark with notice of Plaintiff's ownership of the Mark and began to use the name "BOOMBOX" well after Plaintiff's Mark had been registered to offer virtually identical services as Plaintiff has offered and registered under the Mark.

13. Defendant's use of the name "BOOMBOX" is without Plaintiff's consent.

14. Plaintiff has advised Defendant of Plaintiff's ownership of the Mark "BOOMBOX RADIO" and the registration and requested Defendant to cease and desist from further use of the name "BOOMBOX" as either a trade name or a trademark. Defendant has failed and refused, and continues to fail and refuse, to comply with Plaintiff's request.

## FIRST CAUSE OF ACTION

## (Trademark Infringement under 15 U.S.C. § 1114, et seq.)

## (Against All Defendants)

15. Plaintiff incorporates and realleges paragraphs 1 through 14 as though fully set forth herein.

16. Plaintiff and its predecessors in interest have used the Mark since April 1998 to identify their products and services, and have been displaying the Mark on webpages, software, and other venues associated with its product and services.

17. Defendant's use of Plaintiff's Mark on its website offering virtually identical services has already and is likely to cause confusion, mistake, and/or to deceive the public as to the origin of Defendants' services and therefore constitute of Plaintiff's federally registered trademark under the Lanham Act, 15 U.S.C. § 1114(a).

18. Furthermore, Defendant's use of the term "BOOMBOX" is likely to cause others to believe there is or attribute a relationship between AOL and Modavox, where there is none.

19. Defendant's wrongful acts will permit Defendant to capitalize on the strength of Plaintiff's success, goodwill, and reputation in promoting its own services under a name which is virtually identical.

20. Defendant AOL has knowledge of Plaintiff's trademark rights, and continues to use its infringing mark to cause confusion, mistake, and deception, in violation and in disregard of Plaintiff's trademark.

21. As a proximate result of the above-alleged acts of trademark infringement, and as a proximate result of confusion and deception caused by Defendant's use of the name "BOOMBOX" for its website, Plaintiff has been deprived of substantial sales, and has been deprived of the value of its trademark as

COMPLAINT

a commercial asset. Plaintiff has incurred, and will continue to incur, substantial damages and harm, including, but not limited to, sales and profits Plaintiff would have made but for Defendant's act, the exact amount of which is difficult to calculate, and presently unknown, but will be established according to proof at trial.

22. Defendant's wrongful conduct, unless and until enjoined and restrained by order of this court, will cause great and irreparable injury to Plaintiff.

23. Plaintiff has no adequate remedy at law for the injuries currently being suffered and that are threatened in that it will be impossible for Plaintiff to determine the precise amount of damages that he will suffer if Defendant's conduct is not restrained.

## SECOND CAUSE OF ACTION
### (Trademark Infringement, Unfair Competition, and False Designation of Origin — 15 U.S.C. § 1125(a)
### (Against All Defendants)

24. Plaintiff incorporates and realleges paragraphs 1 through 23 as though fully set forth herein.

25. Defendant's acts, as alleged herein constitute, among other things, false designations of origin, false or misleading descriptions of fact, or false or misleading representations of fact which are likely to cause confusion or mistake, or to deceive the public as to the origin, sponsorship, association or approval by Plaintiff of the goods and services of Defendant.

26. As a result, members of the public will reasonably be deceived and/or confused into believing that Defendant's products and services are actually Plaintiff's products and services.

27. By engaging in the wrongful conduct described herein and above, Defendant has violated section 43(a) of the Lanham Act, 15 U.S.C. §1125(a) for trademark infringement, unfair competition and false designation of origin.

Because Defendant has engaged in the conduct described herein with fraudulent intent, and with the actual knowledge of the harm being caused to Plaintiff by such wrongful conduct/acts, this is an exceptional case, which merits an award of treble damages and attorneys' fees against Defendant.

28. Defendant's acts and conduct have caused and will continue to cause Plaintiff great and irreparable injury that cannot be adequately compensated or measured in damages. Plaintiff has no adequate remedy at law and will suffer immediate and irreparable loss, damage and injury unless Defendant is restrained and enjoined from continuing to engage in such wrongful conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against AOL, LLC on all causes of action as follows:

## ON ALL CAUSES OF ACTION

1. That this Court issue a permanent injunction restraining, prohibiting and enjoining AOL and its agents, employees and any person in active concert or participation with AOL, from infringing the mark and/or engaging in further such unlawful acts;

2. For all of defendant's profits derived from its infringement of Plaintiff's trademark;

3. For three times the amount of plaintiff's actual damages caused by defendant's infringement of Plaintiff's trademark;

4. For costs of suit incurred herein;

5. For Plaintiff's reasonable attorney's fees expended in this action,

///

///

6  COMPLAINT

6. That this Court afford Plaintiff such other and further relief as the Court deems equitable and just.

Dated: September 9, 2008  By: _____
Lisbeth Bosshart,
Stephen D. Morgan,
Attorneys for Plaintiff

SHAUB & WILLIAMS LLP
12121 WILSHIRE BLVD. STE 205
LOS ANGELES CA. 90025
(310) 826-6678 FAX (310) 826-8042
LAWFIRM@SW-LAW.COM

COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiff MODAVOX, INC. hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

September 9, 2008                    SHAUB & WILLIAMS, LLP

By: _____
Lisbeth Bosshart,
Stephen D. Morgan,
Attorneys for Plaintiff,
MODAVOX, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Modavox, Inc. a Delaware corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> AOL LLC, a Delaware Limited Liability Company <br><br> DEFENDANT(S). | CV08-05914 SJO PJWx <br><br> SUMMONS |

TO: DEFENDANT(S): __AOL LLC__

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Stephen D. Morgan__, whose address is __Shaub & Williams LLP, 12121 Wilshire Blvd., Suite 205, Los Angeles, CA 90025__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __SEP 10 2008__        By: __Natalie Gongoria__
                                   Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                        SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Modavox, Inc., a Delaware corporation

**DEFENDANTS**
AOL LLC, a Delaware Limited Liability Company

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
David R. Shaub, Lisbeth Bosshart, Stephen D. Morgan,
Shaub & Williams LLP, 12121 Wilshire Blvd., Ste. 205, Los Angeles, CA 90025
(310) 826-6678

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT:** $ amount to be determined, but in excess of jurisdictional minimum amount

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §§ 1114, 1125(a), Action for Trademark Infringement, Unfair Competition, and False Designation of Origin

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| | ☐ 196 Franchise | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV08-05914**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Delaware, Arizona |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Delaware, New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date September 09, 2008

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |