David R. Shaub (California SBN 032322) (admitted *pro hac vice*)
Lisbeth Bosshart (California SBN 201822) (admitted *pro hac vice*)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042 (fax)
lawfirm@sw-law.com

David Rosenbaum
ROSENBAUM & ASSOCIATES, P.C.
650 Dundee Road, Suite 380
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (fax)
drosenbaum@biopatentlaw.com

Jay A. Bondell (S.D.N.Y. Bar No. JB8521)
Ladas & Parry LLP
26 West 61st Street
New York, NY 10023
(212) 708-1800; (212) 246-8959 (fax)

Attorneys for Plaintiff Modavox, Inc., a Delaware Corporation

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODAVOX, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AOL LLC, a Delaware Limited Liability Company; Time Warner, Inc., a Delaware Corporation; Platform-A, Inc., a Maryland Corporation; <br><br> Defendants. | CASE NO. 09 Civ. 04299 (RWS) <br><br> **SUPPLEMENTAL DECLARATION OF LISBETH BOSSHART, ESQ. IN SUPPORT OF PLAINTIFF MODAVOX'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> Filed: September 10, 2008 <br> Trial: None Set |

## DECLARATION OF LISBETH BOSSHART, ESQ.

I, Lisbeth Bosshart declare as follows:

1. I am an attorney at law, licensed to practice before all the courts of the state of California, as well as the U.S. District Court for the Central District of California and have been admitted *pro hac vice* before this Court in this action. I am a partner with the law firm Shaub & Williams LLP, counsel for Plaintiff Modavox, Inc. ("Plaintiff") in this action.

2. Attached hereto as Exhibit A is the [Proposed] Second Amended Complaint Plaintiff will file if the Court grants Plaintiff's Motion for Leave to File Second Amended Complaint. Attached hereto as Exhibit B for the convenience of the Court and the parties, is a redline version of the [Proposed] Second Amended Complaint which shows the changes between the First Amended Complaint and the [Proposed] Second Amended Complaint.

3. Attached hereto as Exhibit C is a [Proposed] Order on Motion for Leave to File Second Amended Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed at Los Angeles, California, on this 3rd day of September, 2009.

_L. Bosshart_
Lisbeth Bosshart, Declarant

SUPPLEMENTAL DECLARATION OF
LISBETH BOSSHART, ESQ.