UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

MODAVOX, INC.,

                Plaintiff,

   - against -

AOL LLC, ET AL.,

                Defendants.

------------------------------------------X

09 Civ. 4299 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09

**Sweet, D.J.,**

      Plaintiff's motion for leave to file the second amended complaint, filed September 10, 2009, will be heard at noon on Wednesday, October 14, 2009, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**September 9, 2009**

                                  ROBERT W. SWEET
                                  U.S.D.J.