David R. Shaub (California SBN 032322) (admitted *pro hac vice*)
Lisbeth Bosshart (California SBN 201822) (admitted *pro hac vice*)
Stephen D. Morgan (California SBN 239345)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042 (fax)
lawfirm@sw-law.com

David Rosenbaum
ROSENBAUM & ASSOCIATES, P.C.
650 Dundee Road, Suite 380
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (fax)
drosenbaum@biopatentlaw.com

Jay A. Bondell (S.D.N.Y. Bar No. JB8521)
Ladas & Parry LLP
26 West 61st Street
New York, NY 10023
(212) 708-1800; (212) 246-8959 (fax)

Attorneys for Plaintiff Modavox, Inc., a Delaware Corporation

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-14-09

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODAVOX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AOL LLC, a Delaware Limited Liability Company; Time Warner, Inc., a Delaware Corporation; Platform-A, Inc., a Maryland Corporation;<br><br>Defendants. | CASE NO. 09 Civ. 04299 (RWS)<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; MEMORANDUM OF AUTHORITIES AND DECLARATION OF LISBETH BOSSHART, ESQ. IN SUPPORT**<br><br>[F.R.C.P. 15]<br><br>Filed: September 10, 2008<br>Trial: None Set |

*Motion granted. So ordered.*
[signature] /s/ RWS
10-13-09

MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 8, 2009, or as soon thereafter as the matter may be heard, Plaintiff Modavox, Inc. ("Modavox") will move this Court, before the Honorable Robert W. Sweet, at the above-referenced Court located at 500 Pearl Street, New York, New York 10007, for leave to allow Modavox to file a Second Amended Complaint.

The motion will be made pursuant to Rule 15 of the Federal Rules of Civil Procedure on the ground that new facts occurring and/or discovered after Modavox filed its First Amended Complaint compel Modavox to amend its First Amended Complaint to accurately reflect its claims.

This motion will be based on this notice of motion, the memorandum of points and authorities set forth below, the attached declaration of Lisbeth Bosshart, Esq., the papers, records and files herein and on such oral and documentary evidence as may be presented at the hearing on the motion.

Dated: September 2, 2009             SHAUB & WILLIAMS LLP

*L. Bault*

David R. Shaub,
Lisbeth Bosshart,
Stephen D. Morgan,
Attorneys for Plaintiff,
MODAVOX, INC.

1   **MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**