USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODAVOX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AOL INC.,<br>TIME WARNER INC.,<br>and<br>PLATFORM-A INC.,<br><br>Defendants. | Civil Action. 09 Civ. 04299 (RWS)<br><br>PLAINTIFF'S [PROPOSED] ORDER TO STAY PLAINTIFF'S FIFTH AND SIXTH CAUSES OF ACTION AND DEFENDANTS' FIRST THROUGH ELEVENTH AFFIRMATIVE DEFENSES AND FIRST THROUGH FOURTH COUNTERCLAIMS |

### PLAINTIFF'S [PROPOSED] ORDER TO STAY PLAINTIFF'S FIFTH AND SIXTH CAUSES OF ACTION AND DEFENDANTS' FIRST THROUGH ELEVENTH AFFIRMATIVE DEFENSES AND FIRST THROUGH FOURTH COUNTERCLAIMS

WHEREAS, on July 28, 2009, Defendants and Counterclaimants AOL Inc., Time Warner Inc., and Platform-A Inc. (collectively, the "Defendants") filed their Motion to Sever Claims Pursuant to Federal Rule of Civil Procedure 21 ("Motion");

WHEREAS, thereafter, Plaintiff filed its Opposition to Defendants' Motion, Defendants' filed their reply to Plaintiff's Opposition and oral argument was held on September 9, 2009;

WHEREAS, the Court has considered all moving and opposing papers, as well as oral argument of the parties at the September 9, 2009 hearing; and

WHEREAS, staying the Patent Claims in this action, without severance, serves judicial economy and the interests of both parties;

IT IS HEREBY ORDERED THAT Modavox's Fifth and Sixth Causes of Action as well as Defendants' First through Eleventh Affirmative Defenses and First through Fourth Counterclaims in the above-captioned case are stayed until such time as there is a disposition in

the action entitled *Modavox, Inc. v. Tacoda, Inc.*, United States District Court for the Southern District of New York case number 07-CV-7088 (CM), or until further order of the Court;

IT IS FURTHER ORDERED THAT Modavox's First through Fourth claims and Defendants' Twelfth through Twenty-Fifth Affirmative Defenses and Fifth through Eighth Counterclaims shall be stayed once discovery as to those claims has been completed and until such time as the above-detailed stay as to the Patent Claims has been lifted;

IT IS FUTHER ORDERED THAT the Parties shall prepare and submit a new proposed scheduling order, taking into account this Order, within 14 calendar days of the date of entry of this Order.

SO ORDERED.

Dated: January 7, 2010

_____
Honorable Robert W. Sweet
United States District Judge