Sweet /S

David R. Shaub (California SBN 032322)(admitted *pro hac vice*)
Lisbeth Bosshart (California SBN 201822) (admitted *pro hac vice*)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042  (fax)
lawfirm@sw-law.com

David Rosenbaum (admitted *pro hac vice*)
ROSENBAUM & ASSOCIATES, P.C.
650 Dundee Road, Suite 380
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (fax)
drosenbaum@biopatentlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/10
```

Attorneys for Plaintiff Modavox, Inc., a Delaware Corporation

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MODAVOX, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AOL LLC, a Delaware Limited Liability Company; Time Warner, Inc., a Delaware Corporation; Platform-A, Inc., a Maryland Corporation;<br><br>Defendants. | CASE NO. 09-CV-04299 (RWS)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO HAVE CASE CAPTION CHANGED, REPLACING PLAINTIFF'S PRESENT CORPORATE NAME, MODAVOX, INC., WITH ITS NEW CORPORATE NAME, AUGME TECHNOLOGIES, INC.<br><br>Filed: September 10, 2008<br>Trial: None Set |

IT IS HEREBY ORDERED THAT:

The case caption in this case shall be changed to reflect the name change of Plaintiff from "MODAVOX, INC., a Delaware Corporation" to "AUGME TECHNOLOGIES, INC., a Delaware Corporation."

DATED: __3/29__, 2010

Honorable Robert W. Sweet
United States District Court Judge