David R. Shaub (California SBN 032322) (admitted *pro hac vice*)
Lisbeth Bosshart (California SBN 201822) (admitted *pro hac vice*)
Stephen D. Morgan (California SBN 239345)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025-1165
(310) 826-6678; (310) 826-8042  (fax)
lawfirm@sw-law.com

David Rosenbaum
ROSENBAUM & ASSOCIATES, P.C.
650 Dundee Road, Suite 380
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (fax)
drosenbaum@biopatentlaw.com

Jay A. Bondell (S.D.N.Y. Bar No. JB8521)
Ladas & Parry LLP
26 West 61st Street
New York, NY 10023
(212) 708-1800; (212) 246-8959 (fax)

Attorneys for Plaintiff Augme Technologies, Inc., a Delaware Corporation

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGME TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AOL LLC, a Delaware Limited Liability Company; Time Warner, Inc., a Delaware Corporation; Platform-A, Inc., a Maryland Corporation;<br><br>Defendants. | CASE NO.  09 Civ. 04299 (RWS)<br><br>**AMENDED NOTICE OF PLAINTIFF'S FILING OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT BEFORE JUDGE COLLEEN MCMAHON, JOINING CLAIMS AGAINST AOL BASED UPON FRAUD AND INEQUITABLE CONDUCT**<br><br>Filed: May 17, 2010<br>Trial: None Set |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 14, 2010 Plaintiff Augme Technologies, Inc. ("Augme") filed a Notice of Motion and Motion for Leave to File Second Amended Complaint Joining Claims Against AOL Based Upon Fraud and Inequitable Conduct, and Request to Amend the Scheduling Order ("Motion to Amend") requesting leave from the Honorable Colleen McMahon. The aforementioned were re-filed on May 17, 2010. To reflect the re-filing date of May 17, 2010, Augme now seeks to amend its Notice of Plaintiff's Filing of Motion for Leave to File Second Amended Complaint before Judge Colleen McMahon, Joining Claims Against AOL Based Upon Fraud and Inequitable Conduct.

Under the Motion to Amend, Augme seeks to add AOL Inc. as a defendant to the *Augme Technologies, Inc. v. Tacoda, Inc.* action, Case No. 1:07-cv-07088 (CM), based upon alter ego liability, successor liability and fraudulent conveyance of assets to avoid inequitable results for Augme.

This motion is made pursuant to joinder rules and also Fed. R. Civ. P. 15 on the ground that new facts occurring and/or discovered after Augme filed its First Amended Complaint on September 11, 2007 in the *Augme v. Tacoda* action pending before the Honorable Judge Colleen McMahon compel Augme to file this Second Amended Complaint based upon due diligence relating to Augme's patent infringement claims.

Upon the grant of the Motion to Amend by the Honorable Judge Colleen McMahon, Plaintiff will respectfully request that this Court grant Plaintiff's subsequent request to modify the stay solely as to AOL in this pending matter of *Augme Technologies, Inc. v. AOL LLC, et al.*, Case No. 09 Civ. 04299 (RWS), and only as to liability for patent infringement for a

1    NOTICE OF FILING OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT JOINING CLAIMS AGAINST AOL

delineated time period. Plaintiff feels that this order of events is the most efficient to effectuate resolution of this matter.

Dated: May 17, 2010

SHAUB & WILLIAMS LLP

David R. Shaub,
Attorneys for Plaintiff,
AUGME TECHNOLOGIES, INC.