UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

AUGME TECHNOLOGIES, INC.,

               Plaintiff,

- against -

AOL INC., ET AL.,

               Defendants.

------------------------------------------X

09 Civ. 4299 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/12

**Sweet, D.J.**

    Pursuant to this Court's opinion filed June 26, 2012, the Patent Claims in the above-captioned action, which include Plaintiff's Fifth and Sixth Causes of Action in the Second Amended Complaint and Defendants' First through Eleventh Affirmative Defenses and First through Fourth Counterclaims, are hereby transferred to the Honorable Colleen McMahon. The Clerk is directed to assign these claims a new docket number, and the filing fee is to be waived.

    It is so ordered.

**New York, NY**
**July 11, 2012**

                                 ROBERT W. SWEET
                                    U.S.D.J.